MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, SBN 166328,
ROBERT RABE, SBN 72312, members of
STONE BUSAILAH, LLP
A Partnership of Professional Law Corporations
1055 East Colorado Boulevard, Suite 320
Pasadena, California 91106

Telephone:     (626) 683-5600
Facsimile:     (626) 683-5656
Email:         m.busailah@police-defense.com

Attorneys for Defendant, SCOTT CRAIG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-00819-PA |
| Plaintiff, | REQUEST TO WITHDRAW MOTION |
| v. | |
| SCOTT CRAIG, | (Assigned for all Purposes to Honorable Percy Anderson, United States District Judge) |
| Defendant. | |

**TO THE COURT AND ALL PARTIES BY COUNSEL:**

COMES NOW the Defendant Scott Craig, through his counsel, Robert Rabe, and respectfully moves this Court to withdraw his pending motion, [28 U.S.C. § 2255].

REQUEST TO WITHDRAW MOTION
1

     Mr. Craig has been receiving chemotherapy treatment at FMC Butner, NC since Monday, June 11, 2018.

Dated: July 3, 2018            STONE BUSAILAH, LLP

*/s/ Robert Rabe*
_____
ROBERT RABE, Attorneys for
Defendant Scott Craig

---

REQUEST TO WITHDRAW MOTION

2

## PROOF OF SERVICE

### RE: UNITED STATES OF AMERICA V. SCOTT CRAIG
### NO. CR 13-00819-PA
### NO. 2:18-CV-3479

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Stone Busailah, LLP, 1055 East Colorado Boulevard, Suite 320, Pasadena, California 91106.

On **July 3, 2018**, I served the foregoing document(s) described as **REQUEST TO WITHDRAW MOTION**, in the manner checked below on the below listed, interested parties in this action addressed as follows:

Brandon D Fox
AUSA - Office of the US Attorney
312 North Spring Street 12th Floor
Los Angeles, CA 90012
213-894-0284
Fax: 213-894-0141
Email: bfox@jenner.com
*Attorney for Plaintiff, USA*
(Via U.S. Mail and CM/ECF Service)

Gregory A Lesser
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street, 12th Floor
Los Angeles, CA 90012-4700
213-894-6682
Fax: 213-894-3713
Email: USACAC.Criminal@usdoj.gov
*Attorney for Plaintiff, USA*
(Via U.S. Mail and CM/ECF Service)

Eddie A Jauregui
AUSA - Office of the US Attorney
Major Frauds Section
312 North Spring Street 12th Floor
Los Angeles, CA 90012
213-894-4849
Fax: 213-894-0141
Email: eddie.jauregui@usdoj.gov
*Attorney for Plaintiff, USA*
(Via U.S. Mail and CM/ECF Service)

Lizabeth A Rhodes
AUSA - Office of US Attorney
Public Corruption and Civil Rights Section
312 North Spring Street 13th Floor
Los Angeles, CA 90012
213-894-3541
Fax: 213-894-6436
Email: lizabeth.rhodes@usdoj.gov
*Attorney for Plaintiff, USA*
(Via U.S. Mail and CM/ECF Service)

Warden Kathy Goetz  
FCI Florence  
Federal Correctional Institution  
P.O. Box 6500  
Florence, CO 81226  
Fax: 719-784-9504  
Email: FLF/ExecAssistant@bop.gov  
(Via U.S. Mail, Facsimile and Electronic Mail)

Bureau of Prisons  
Federal Bureau of Prisons  
320 First St., NW  
Washington, DC 20534  
(Via U.S. Mail)

✓ (BY U.S. MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

✓ (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Stone Busailah's electronic mail system from d.danial@police-defense.com to the email address(es) set forth above and/or by providing a true and correct copy of this filing via the CM/ECF System. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

✓ (BY FACSIMILE) I caused such documents to be transmitted from facsimile number (626) 683-5656 to the facsimile machines of FCI Florence, 719-784-9504, prior to 1700 hours on this date. The facsimile machine I used was in compliance with Rule 1003(3) and the transmission was reported as complete and without error. Pursuant to Rule 2205(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

☐ (BY PERSONAL SERVICE) I delivered the foregoing document by hand-delivery to the addressee.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

✓ (Federal) I declare that I am employed in the office of a member of the bar of this Court at which direction the service was made.

Executed on **July 3, 2018** at Pasadena, California.

_____  
DINA M. DANIAL

REQUEST TO WITHDRAW MOTION  
4